

FILED
5/17/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RECEIVED
MAY 0 1 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jalen Hibbler

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Div9(smv) Mattews
Div9(smv) Brown
Thomas J. Dart

Case No: 1:18-CV-01795
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☑ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

☐ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

☐ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Jalen Hibbler

B. List all aliases: N/A

C. Prisoner identification number: 20161112051

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago, IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Div9)smv)Mathews
Title: Deputy Sheriff
Place of Employment: Cook County Jail

B. Defendant: Div9)smv)Brown
Title: Deputy Sheriff
Place of Employment: Cook County Jail

C. Defendant: Thomas J. Dart
Title: Deputy Director
Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 27, 2017 i was shower on tier 1G when i came out the shower i was sitting on the tab 4 when the smu team came on a call for a 10/10 cell involving another inmate that had nothing to do with me. They then requested that I lock up, so I walked to 1005 lower cell 1G (my housing) while walking to my cell I asked to speak with Sgt Judkins from smu who was present at the time. but the officers told me no, so I then attempted to turn towards Judkins while continuing to walk towards my cell but i was then assaulted by officer (smu Div 9) mathews because he threw my face against the wall but while being thrown into the wall i was also assaulted by (smu Div 9) Brown he tore the ligaments in my thumb by pulling my thumb all the way back. that same day (I wrote a grievance that same day and ORR never came to speak with me) i went to cermak the following morning sept 28th where my hand was placed in a cast splint.

I'm in Pain everyday. in I also Recieving medecine (pain meds) for my injury and cannot do Certain things i was able to do befor the incident. My Mental Stability has been bothered because i am very nervous and scared around a crowd of people. I also have nightmares about this incident. I would like to ask that to proper of disciplinary actions be done to the officers involved in the altevcation and Compensation for everything that happend to me. thank you

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The honorable court to award me compensatory punitive damages for the unjustified actions of all of my defendants and any other compensation this honorable court deems necessary.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _April_ day of _15_, 20_18_

_gale Hibbler_
(Signature of plaintiff or plaintiffs)

_Jalen Hibbler_
(Print name)

_20161112051_
(I.D. Number)

_P.O. Box 089002, Chicago, IL, 60608_
_7224 S Yates Blvd 60649_
(Address)

6

Revised 9/2007

Jalen Hibblee #20181620259
cook county Jail
P.O. Box 089002
Chicago, IL 60608



05/01/2018-1

Office of
Clerk of The U.S. District Court
United States Courthouse
Chicago, IL 60604

RECEIVED
2018 MAY -1 AM 8:28


